LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
         leedc@stubbsleone.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
PAMELA E. ROSKOWSKI, JON EASTERBROOK, and
BARNEY RIVERA

PAMELA Y. PRICE, ESQ. (SBN:107713)
PRICE AND ASSOCIATES
901 Clay Street
Oakland, California  94607
Telephone: (510) 452-0292
Facsimile:   (510) 452-5625
E-mail:  pypesq@aol.com

Attorneys for Plaintiff
REGGIE HAMILTON

CURTIS E. ALLEN, ESQ. (SBN: 187748)
LAW OFFICE OF CURTIS ALLEN
303 Twin Dolphin Drive, Sixth Floor
Redwood City, California  94065
Telephone: (650) 868-6620
Facsimile:   (650) 362-1864
E-mail:  curtis.e.allen.esq.@gmail.com

Attorneys for Plaintiff
REGGIE HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE HAMILTON,<br><br>             Plaintiff,<br><br>      vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, | **Case No.:  C10-01622 DMR**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO MEDIATE AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

JON EASTERBROOK, BARNEY RIVERA and DOES 1 through 15,

        Defendants.

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record to request that this court extend the deadline to mediate this case to May 2, 2011. Good cause exists for the request to extend the deadline as follows:

1. More the time was required to meet and confer regarding the Stipulation and Proposed Protective Order then originally anticipated.  The Stipulation of Counsel to a Proposed Protective Order was a prerequisite to disclosing documents pursuant to the parties' Rule 26 Disclosures and other discovery necessary to prepare for mediation.
2. Although this delay in agreeing to the wording of the proposed protective order was attributed to the closure and relocation of plaintiff's counsel's office, and consequently her unavailability to respond to defense counsel's requests to review and approve the proposed order, the parties are now in a position to commence the discovery necessary to prepare for mediation;
3. Recently, the parties agreed to the selection of a mediator, JoAnne Dellaverson and are currently working on scheduling mediation on one of several dates in the last two weeks April, 2011.
4. The parties are actively engaged in settlement negotiations.  Plaintiff has submitted a settlement demand to Defendants with a response date of February 23, 2011.

Therefore the parties request that the deadline to mediate this case be extended to May 2, 2011, to encompass the last of the several dates offered by Ms. Dellaverson;

The parties further request that the court continue the Case Management Conference in this matter from February 9, 2011 to May 11, 2011.

---

STIPULATION AND ORDER EXTENDING
DEADLINE TO MEDIATE CASE AND RESCHEDULING
CASE MANAGEMENT CONFERENCE

Case No.:  C10-01622 DMR

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

PRICE AND ASSOCIATES

DATED: _____

_____/S/_____
PAMELA Y. PRICE, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON

DATED: _____

LAW OFFICE OF CURTIS E. ALLEN

DATED:_____

_____/S/_____
CURTIS E. ALLEN, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON

STUBBS & LEONE

DATED: _____

_____/S/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, JON EASTERBROOK, and BARNEY RIVERA

# ORDER

**GOOD CAUSE APPEARING,** and pursuant to the stipulation of the parties, the Court hereby orders the following**:**   The Court grants an extension of the completion of the mediation through the Northern District of California ADR Program to May 2, 2011. The Court grants the continuation of the Further Case Management Conference from February 9, 2011 to May 11, 2011 at 1:30 p.m.  Parties must file an updated joint case management conference statement by May 4, 2011.  These extensions does not affect any other dates as set forth on the Court's Case Management and Pretrial Order filed on October 8, 2010.

**IT IS SO ORDERED.**

DATED:  2/9/2011

_____
DONNA M. RYU
United States Magistrate Judge