PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JACQUELYN M. LINDSEY (STATE BAR NO. 266687)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-Mail: pamela.price@pypesq.com

CURTIS E. ALLEN, ESQ. (STATE BAR NO. 187748)
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
Telephone: (650) 868-6620
Facsimile: (650) 362-1864
E-mail: curtis.e.allen.esq@gmail.com

Attorneys for Plaintiff
REGGIE HAMILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE HAMILTON, | NO. C10-01622 DMR |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SETTLEMENT CONFERENCE** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, JON EASTERBROOK, BARNEY RIVERA, and DOES 1 through 15, | DATE: September 22, 2011 |
| Defendants. | |

The parties, by and through their respective counsels of record, hereby stipulate and agree that the Settlement Conference scheduled for September 13, 2011, may and shall be continued to September 22, 2011. Good cause exists for this brief continuance because Plaintiff's counsel are in trial and unavailable on September 13, 2011.

///

-1-
STIPULATION AND ORDER (C10-01622 DMR)

1185P200JML

| | |
|---|---|
| Dated: September 7, 2011 | PRICE AND ASSOCIATES |
| | /s/ *Pamela Y. Price* <br> PAMELA Y. PRICE, Attorneys for Plaintiff <br> REGGIE HAMILTON |
| Dated: September ___, 2011 | STUBBS & LEONE |
| | /s/ *Claudia Leed* <br> CLAUDIA LEED, Attorneys for Defendants <br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, JON EASTERBROOK, and BARNEY RIVERA |

## **ORDER**

The Court having read and considered the Stipulation of Counsel to continue the Settlement Conference to September 22, 2011 and good cause appearing therefore, **IT IS SO ORDERED**.

Dated: 9/13/2011

HON. JOSEPH SPERO
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Joseph C. Spero