PAMELA Y. PRICE, ESQ. (SBN:107713)
PRICE AND ASSOCIATES
901 Clay Street
Oakland, California  94607
Telephone: (510) 452-0292
Facsimile:   (510) 452-5625
E-mail:   pamela.price@pypesq.com

Attorneys for Plaintiff
REGGIE HAMILTON

CURTIS E. ALLEN, ESQ. (SBN: 187748)
LAW OFFICE OF CURTIS ALLEN
303 Twin Dolphin Drive, Sixth Floor
Redwood City, California  94065
Telephone: (650) 868-6620
Facsimile:   (650) 362-1864
E-mail:   curtis.e.allen.esq.@gmail.com

Attorneys for Plaintiff
REGGIE HAMILTON

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-mail: leonel@stubbsleone.com
            leedc@stubbsleone.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
PAMELA E. ROSKOWSKI, JON EASTERBROOK, and
BARNEY RIVERA

STIPULATION AND ~~PROPOSED~~ ORDER                          Case No.:  C10-01622 DMR
RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND DISCOVERY DEADLINES
                                                        1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE HAMILTON, | Case No.:  C10-01622 DMR |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING DISCOVERY DEADLINES** <u>**AS MODIFIED**</u> |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, JON EASTERBROOK, BARNEY RIVERA and DOES 1 through 15, | |
| Defendants. | |

The parties hereby stipulate by and through their undersigned counsel of record to request that this Court continue the lay and expert witness discovery deadlines by approximately thirty days as set for the below.

Good cause exists for the above requests, as follows:

1. At the October 11, 2011 settlement conference before Magistrate Judge Joseph C. Spero the parties reached a settlement in principle.

2. Based on the settlement in principle the parties have stayed discovery since October 11, 2011.

3. The parties are currently working on the details of settlement, some of which require the Regents to seek detailed internal guidance.

4. The Regents are currently drafting a detailed settlement agreement, but have not forwarded the draft to Mr. Hamilton

5. The Regents shall forward Mr. Hamilton the draft settlement agreement on or before December 14, 2011.

6. It is anticipated that once finalized and executed, the settlement agreement will obviate the need for further litigation in the matter.

7. The deadline to complete lay discovery and designate expert witnesses is currently December 14, 2011, and the deadline to complete expert witness discovery is January 13, 2012.

8. The last day to hear dispositive motions is January 5, 2012 and the Final Pretrial Conference Statement and Trial Briefs are due February 4, 2012.

9. Continuing the lay discovery and expert witness disclosure deadline to January 16, 2012 and the completion of expert discovery to February 3, 2012 will allow the parties to focus all of their attention on settlement the matter.

Given all of the above, a continuance of the Case Management Conference and Discovery deadlines will serve judicial economy and spare the parties considerable and likely needless discovery-related expense.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

PRICE AND ASSOCIATES

DATED: December 8, 2011

_____ **/s/** _____
PAMELA Y. PRICE, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON

DATED: December 8, 2011        LAW OFFICE OF CURTIS E. ALLEN

_____ /s/ _____
CURTIS E. ALLEN, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON

STUBBS & LEONE

DATED: December 8, 2011

_____/s/_____
CLAUDIA LEED, ESQ.
Attorneys for Defendants THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA,
PAMELA E. ROSKOWSKI, JON
EASTERBROOK, and BARNEY
RIVERA

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline to complete all lay discovery and to designate expert witnesses is continued to January 16, 2012.  The deadline to complete expert witness discovery is continued to February 3, 2012.  Final Pretrial Conference Statement and Trial Briefs are due February 24, 2012.  All other dates previously set by the court shall remain in effect.

The Case Management Conference scheduled for December 14, 2011 at 1:30 p.m. has been CONTINUED to January 11, 2012 at 1:30 p.m.  An updated joint Case Management Conference statement is due by January 4, 2012.

DATED:      **December 9, 2011**      _____
DONNA M. RYU
United States Magistrate Judge