1 | PAMELA Y. PRICE, ESQ. (SBN:107713)
PRICE AND ASSOCIATES
2 | 901 Clay Street
Oakland, California  94607
3 | Telephone: (510) 452-0292
Facsimile:   (510) 452-5625
4 | E-mail:   pamela.price@pypesq.com
5 |
Attorneys for Plaintiff
6 | REGGIE HAMILTON
7 |
CURTIS E. ALLEN, ESQ. (SBN: 187748)
8 | LAW OFFICE OF CURTIS ALLEN
303 Twin Dolphin Drive, Sixth Floor
9 | Redwood City, California  94065
Telephone: (650) 868-6620
10 | Facsimile:   (650) 362-1864
11 | E-mail:   curtis.e.allen.esq.@gmail.com
12 | Attorneys for Plaintiff
REGGIE HAMILTON
13 |
14 | LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
15 | STUBBS & LEONE
A Professional Corporation
16 | 2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
17 | Telephone:   (925) 974-8600
18 | Facsimile:      (925) 974-8601
E-mail: leonel@stubbsleone.com
19 |          leedc@stubbsleone.com
20 |
Attorneys for Defendants
21 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,
PAMELA E. ROSKOWSKI, JON EASTERBROOK, and
22 | BARNEY RIVERA
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION AND ~~PROPOSED~~ ORDER                           Case No.:  C10-01622 DMR
RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND DISCOVERY DEADLINES

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE HAMILTON,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, PAMELA E. ROSKOWSKI, JON EASTERBROOK, BARNEY RIVERA and DOES 1 through 15,<br><br>            Defendants. | Case No.:  C10-01622 DMR<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING DISCOVERY DEADLINES <u>AS MODIFIED</u>** |

The parties hereby stipulate by and through their undersigned counsel of record to request that this Court continue the lay and expert witness discovery deadlines by approximately thirty days as set for the below.

Good cause exists for the above requests, as follows:

1. At the October 11, 2011 settlement conference before Magistrate Judge Joseph C. Spero the parties reached a settlement in principle.
2. Based on the settlement in principle the parties have stayed discovery since October 11, 2011.
3. The parties are currently working on the details of settlement, some of which require the Regents to seek detailed internal guidance.
4. The Regents are currently drafting a detailed settlement agreement, but have not forwarded the draft to Mr. Hamilton
5. The Regents shall forward Mr. Hamilton the draft settlement agreement on or before December 14, 2011.

STIPULATION AND ~~PROPOSED~~ ORDER            Case No.:  C10-01622 DMR
RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND DISCOVERY DEADLINES

6. It is anticipated that once finalized and executed, the settlement agreement will obviate the need for further litigation in the matter.

7. The deadline to complete lay discovery and designate expert witnesses is currently December 14, 2011, and the deadline to complete expert witness discovery is January 13, 2012.

8. The last day to hear dispositive motions is January 5, 2012 and the Final Pretrial Conference Statement and Trial Briefs are due February 4, 2012.

9. Continuing the lay discovery and expert witness disclosure deadline to January 16, 2012 and the completion of expert discovery to February 3, 2012 will allow the parties to focus all of their attention on settlement the matter.

Given all of the above, a continuance of the Case Management Conference and Discovery deadlines will serve judicial economy and spare the parties considerable and likely needless discovery-related expense.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

PRICE AND ASSOCIATES

DATED: December 8, 2011

_/s/_
PAMELA Y. PRICE, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON


DATED: December 8, 2011        LAW OFFICE OF CURTIS E. ALLEN


/s/
CURTIS E. ALLEN, ESQ.
Attorneys for Plaintiff REGGIE HAMILTON

|   |   |
|---|---|
|   | STUBBS & LEONE |
| DATED: December 8, 2011 | _____/s/_____<br>CLAUDIA LEED, ESQ.<br>Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>PAMELA E. ROSKOWSKI, JON EASTERBROOK, and BARNEY RIVERA |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline to complete all lay discovery and to designate expert witnesses is continued to January 16, 2012. The deadline to complete expert witness discovery is continued to February 3, 2012. <u>Final Pretrial Conference Statement and Trial Briefs are due February 24, 2012. All other dates previously set by the court shall remain in effect.</u>

<u>The Case Management Conference scheduled for December 14, 2011 at 1:30 p.m. has been CONTINUED to January 11, 2012 at 1:30 p.m. An updated joint Case Management Conference statement is due by January 4, 2012.</u>

DATED: **December 9, 2011**

_____
DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER                                     Case No.: C10-01622 DMR
RESCHEDULING THE CASE MANAGEMENT CONFERENCE
AND DISCOVERY DEADLINES

4