UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE HAMILTON, | No. C-10-01622 DMR |
| Plaintiff, | **ORDER RE NOTICE AND RESPONSE** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

    Having reviewed Plaintiff's Notice of Defendants' Failure to Provide Full Consideration (doc. no. 60) and Defendants' Response thereto (doc. no. 61), the court determines that no action by the court is necessary at this time. As Plaintiff has indicated an intent to file a motion to enforce the judgment, or, in the alternative, to set aside the settlement agreement, the court hereby ORDERS that before any party files a motion seeking relief from the court, counsel for the parties must **meet and confer in person** and discuss in good faith the issue(s) in dispute.

    IT IS SO ORDERED.

Dated: April 5, 2012

DONNA M. RYU
United States Magistrate Judge